IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 11-00202-WS-N |
| | ) | (Civil Action No. 12-00594-WS) |
| ANTHONY J. KLATCH, II, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is hereby **DISMISSED without prejudice** as premature.

**DONE** this 15th day of January, 2013.


s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE